```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

YVETTE M. HORTON                :    CIVIL ACTION
                                :
    v.                          :
                                :
CAROLYN W. COLVIN               :    NO. 13-792

<u>ORDER</u>

AND NOW, this 5th day of September, 2014, upon careful and independent consideration of the administrative record, the plaintiff's brief (Docket No. 9), the defendant's reply, and the plaintiff's response thereto, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and the plaintiff's objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The objections are OVERRULED;

3. The decision of the Commissioner is AFFIRMED and plaintiff's request for review is DENIED;

4. Plaintiff's motion for summary judgment (Docket No. 11) is DENIED; and

5. The Clerk of Court shall mark this case CLOSED for statistical purposes.

                          BY THE COURT:


                          /s/ Mary A. McLaughlin_____
                          MARY A. McLAUGHLIN, J.